**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SIEBEL SYSTEMS, INC.<br>SECURITIES LITIGATION | No. C 04-00983 CRB |
| | **ORDER** |
| _____/ | |
| This Document Relates To: | |
|     ALL ACTIONS. | |
| _____/ | |

Now pending before the Court is defendants' motion to dismiss the consolidated class action complaint. For the reasons stated at oral argument, defendants' motion is GRANTED. Plaintiffs have 30 days to file an amended complaint. The Court notes that in the current complaint it is difficult to discern exactly which statements plaintiffs allege were false when made. This difficulty arises, in part, because the complaint includes so many statements, including statements that are inherently vague, such as that Siebel is looking "pretty healthy," and statements made by analysts, such as that Siebel executives struck an "upbeat tone." The amended complaint should separately and explicitly identify *each* statement and the reasons each statement was false when made. Plaintiffs should carefully consider whether a particular statement is specific enough to be actionable; if it is not, plaintiffs should make it

//

//

clear that plaintiffs are not alleging that such statement is actionable.

**IT IS SO ORDERED.**

Dated: January 28, 2005

/s/
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

G:\CRBALL\2004\0983\orderredismiss1.wpd                2