IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SIEBEL SYSTEMS, INC.<br>SECURITIES LITIGATION<br>_____/<br>This Document Relates To:<br>    ALL ACTIONS.<br>_____/ | No. C 04-00983 CRB<br>**JUDGMENT** |

    The Court having granted defendants' motion to dismiss without leave to amend, judgment is entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED**

Dated: December 28, 2005

                                                    CHARLES R. BREYER<br>                                                    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0983\judgment.wpd