BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
JOHN L. HAEUSSLER (215044)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-mail: sbasser@barrack.com

BARRACK, RODOS & BACINE
LEONARD BARRACK
DANIEL E. BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
E-mail: lbarrack@barrack.com

Lead Counsel for Lead Plaintiff the Policemen's Annuity and Benefit Fund of Chicago and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SIEBEL SYSTEMS, INC. SECURITIES LITIGATION | Master File No.: 3:04-cv-00983-CRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | |

STIPULATION AND [PROPOSED] ORDER STAYING TAXATION OF COSTS PENDING THE DISPOSITION OF LEAD PLAINTIFF'S APPEAL

This stipulation is entered into by and among lead plaintiff, the Policemen's Annuity and Benefit Fund of Chicago ("Lead Plaintiff") and defendants Siebel Systems, Inc., Thomas M. Siebel, Kenneth A. Goldman and R. David Schmaier (collectively "Defendants") through their respective attorneys of record.

WHEREAS, on December 28, 2005, Judge Charles R. Breyer dismissed the above-captioned action with prejudice;

WHEREAS, on January 11, 2006, Defendants filed a bill of costs, seeking taxation of certain costs;

WHEREAS, on January 17, 2006, Lead Plaintiff filed a notice of appeal;

WHEREAS, on January 26, 2006, Lead Plaintiff filed an objection to Defendants' bill of costs; and

WHEREAS, Lead Plaintiff and Defendants stipulate and agree that any determination on the taxation of costs should be stayed pending the disposition of Lead Plaintiff's appeal.

NOW THEREFORE, Lead Plaintiff and Defendants jointly submit this proposed order to the Court seeking a stay of the determination on costs taxed pursuant to the bill of costs filed by Defendants pending the disposition of the appeal filed by Lead Plaintiff.

DATED: February 1, 2006

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD
JOHN L. HAEUSSLER

_____/s/_____
STEPHEN R. BASSER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800

|   |   |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
| 2 | LEONARD BARRACK |
|   | DANIEL E. BACINE |
| 3 | 3300 Two Commerce Square |
|   | 2001 Market Street |
| 4 | Philadelphia, PA 19103 |
|   | Telephone: (215) 963-0600 |
| 5 |   |
|   | Lead Counsel for Lead Plaintiff the |
| 6 | Policemen's Annuity and Benefit Fund of |
|   | Chicago and the Class |
| 7 DATED: February 1, 2006 | ORRICK, HERRINGTON & |
| 8 | SUTCLIFFE, LLP |
|   | MICHAEL D. TORPEY |
| 9 | PENELOPE A. GRABOYS BLAIR |

/s/
_____
MICHAEL D. TORPEY

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2625
Telephone: (415) 773-5700

Attorneys for Defendants Siebel Systems, Inc., Thomas M. Siebel, Kenneth A. Goldman, and R. David Schmaier

1

STIP. AND [PROP.] ORDER STAYING TAXATION OF COSTS PENDING
THE DISPOSITION OF LD. PL.'S APPEAL — Master File No.: 3:04-cv-00983-CRB

1   [PROPOSED] ORDER

2   IT IS HEREBY ORDERED that, pending the disposition of Lead Plaintiff's appeal of
3   this Court's dismissal of the above-caption action, any determination on the taxation of costs
4   related to the above-captioned action is stayed.

5

6   DATED: __February 2, 2006__          _____
7                                         HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

STIP. AND [PROP.] ORDER STAYING TAXATION OF COSTS PENDING
THE DISPOSITION OF LD. PL.'S APPEAL — Master File No.: 3:04-cv-00983-CRB